IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DEBORAH JEAN BRIDGES PLAINTIFF

v. Civil No. 14-5169

SHERIFF TIM HELDER; SGT. MORSE; DEPUTY MULVANEY; CORPORAL JONES; DEPUTY ROBBINS; DEPUTY SANDERS; DEPUTY WALLACE; DEPUTY JENNINGS; MS. JUDY, Head of Female Ministers; and PASTOR BRATTEN DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. The Plaintiff is proceeding *pro se* and *in forma pauperis*.

By order (Doc. 14) entered on September 17, 2014, the Plaintiff was directed to file an addendum to the Complaint by October 10, 2014. Plaintiff was advised that failure to respond to the Court order could result in the dismissal of her case.

To date, Plaintiff has not filed the addendum. She has not requested an extension of time to do so. Plaintiff has not communicated with the Court in anyway. No mail has been returned as undeliverable.

I therefore recommend that the complaint be dismissed without prejudice based on the Plaintiff's failure to obey an order of the Court and to prosecute her case. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file**



AO72A
(Rev. 8/82)

**timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 13th day of January 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE



AO72A
(Rev. 8/82)