IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DEBORAH JEAN BRIDGES                                                   PLAINTIFF

V.                              CASE NO.: 5:14-CV-5169

SHERIFF TIM HELDER; SGT. MORSE;
DEPUTY MULVANEY; CORPORAL JONES;
DEPUTY ROBBINS; DEPUTY SANDERS;
DEPUTY WALLACE; DEPUTY JENNINGS;
MS. JUDY, Head of Female Ministers; and
PASTOR BRATTEN                                                          DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 16) filed in this case on January 13, 2015, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. All other pending motions are **DENIED** as **MOOT**.

IT IS SO ORDERED on this 16th day of February, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE